IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DONALD WAYNE PEERY, | ) | |
|     Petitioner, | ) | Civil Action No. 7:16cv00070 |
| | ) | |
| v. | ) | |
| | ) | |
| DIRECTOR, VIRIGNIA | ) | By: Elizabeth K. Dillon |
| DEPARTMENT OF CORRECTIONS | ) | United States District Judge |
|     Respondent. | ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that this action is DISMISSED without prejudice and STRICKEN from the active docket of the court.

The Clerk is directed to provide a copy of this order and the memorandum opinion to Mr. Peery, petitioner.

Entered: March 14, 2016.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge